Fill in this information to identify the case:

Debtor name  Home Werks LLC

United States Bankruptcy Court for the: Eastern _____ District of New York
                                                                      (State)

Case number (if known):  20-40686-CEC

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2020 FEB 10 P 1: 06

RECEIVED

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................  $ 1,200,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................  $ _____.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................  $ 1,200,000.00

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........  $ 715,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................  $ _____.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... + $ _____.00

4. **Total liabilities**.........................................................................
   Lines 2 + 3a + 3b                                                                                   $ 715,000.00

**Fill in this information to identify the case:**

Debtor name  Home Werks LLC

United States Bankruptcy Court for the:  Eastern          District of  New York
                                                                        (State)

Case number (if known):     20-40686-CEC

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand**                                                                $  2,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 5  8  2  6 | $  200.00 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | | $        .00 |
| 4.2. | | $        .00 |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $  2,200.00

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | | $        .00 |
| 7.2. | | $        .00 |

Debtor    Home Werks LLC
          _____    Case number (if known)___ 20-40686-CEC
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____.00
   8.2._____    $_____.00

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

                                                        Current value of debtor's
                                                        interest

11. **Accounts receivable**

    11a. 90 days old or less:    _____2,850.00_ – _____.00_____ = .......➔    $___2,850.00__
                                 face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:       _____.00___ – _____.00_____ = .......➔    $_____.00___
                                 face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $___2,850.00__

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                              Valuation method          Current value of debtor's
                                              used for current value     interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1._____    _____    $_____
    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                         % of ownership:
    15.1._____    _____%    _____    $_____
    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1._____    _____    $_____
    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____.00___

Debtor    Home Werks LLC _____    Case number (if known)___ 20-40686-CEC ___
          Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ .00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29. Farm animals *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| | $_____ | | $_____ |

Debtor     Home Werks LLC
           _____     Case number (if known)_____20-40686-CEC_____
           Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                               $_____.00_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                               $_____.00_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Home Werks LLC
          Name

Case number (if known)    20-40686-CEC

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$_____.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    Home Werks LLC
          _____          Case number (if known)  20-40686-CEC
          Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 115-42 173 St., St. Albans, NY | Owner (100%) | $ 600,000.00 | Fair Market Value | $ 160,000.00 |
| 55.2 115-108 Springfield Blvd, Cambria Hts, NY | Owner (100%) | $ 600,000.00 | Fair Market Value | $ 325,000.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 485,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ .00

Debtor    Home Werks LLC
Name    Case number (if known)    20-40686-CEC

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable** | | |
| Description (include name of obligor) | | |
| _____ _____ − _____ = → | | $ _____ |
| | Total face amount    doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

|  |  |  |
|---|---|---|
| _____ | Tax year _____ | $ _____ |
| _____ | Tax year _____ | $ _____ |
| _____ | Tax year _____ | $ _____ |

73. **Interests in insurance policies or annuities**

$ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

$ _____

Nature of claim    _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$ _____

Nature of claim    _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

$ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$ _____

$ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ _____ .00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    Home Werks LLC
          _____                    Case number *(if known)*    20-40686-CEC
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ .00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,850.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ .00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ .00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ .00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ .00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ .00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..... → | | $ 485,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ .00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ .00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 5,050.00 | + 91b. $ 485,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................    $ 490,050.00

**Fill in this information to identify the case:**

Debtor name __Home Werks LLC__

United States Bankruptcy Court for the: __Eastern__ District of __New York__
(State)

Case number (if known): __20-40686-CEC__

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim<br>Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
__Joshua Lifshitz__

Describe debtor's property that is subject to a lien
__115-42 173 Street__
__St. Albans, NY 11434__

$ 440,000.00    $ 600,000.00

Creditor's mailing address
__160 Hollywood Xing__
__Lawrence, NY 11559__

Describe the lien
__Mortgage__

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred __07/29/2016__

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**2.2** Creditor's name
__MTGLQ Investors,LP__

Describe debtor's property that is subject to a lien
__115-108 Springfield Boulevard__
__Cambria Heights, NY 11411__

$ 275,000.00    $ 600,000.00

Creditor's mailing address
__200 West Street, 15th Floor__
__New York, NY 10282__

Describe the lien
__Mortgage__

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred __06/13/2003__

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 715,000.00

Debtor    **Home Werks LLC**
_____
Name

Case number *(if known)*    20-40686-CEC
_____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2._** **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

---

**2._** **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ____ of ____

Debtor    Home Werks LLC
          _____          Case number (if known)___20-40686-CEC_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| RAS Boriskin, LLC, Attorneys at Law 900 Merchants Concourse, Suite LL-5 Westbury, NY 11590 | Line 2. 2 | ___ ___ ___ ___ |
| Barry M. Goldstein, Esq., Referee 125-10 Queens Blvd, Suite 223 Kew Gardens, NY 11415 | Line 2. 2 | ___ ___ ___ ___ |
| SELENE Finance , Loan Servicing 9990 Richmond Ave, Suite 400 South Houston, TX 77042 | Line 2. 2 | 4  3  7  6 |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor _____Home Werks LLC_____

United States Bankruptcy Court for the: ___Eastern_____ District of _New York_
(State)

Case number ___20-40686-CEC_____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ | $_____ |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| _____ | _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

| | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ | $_____ |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| _____ | _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

| | | | |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ | $_____ |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| _____ | _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

Debtor   Home Werks LLC
_____
              Name

Case number (if known)   20-40686-CEC
_____

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.    Total claim    Priority amount

**2._** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

Debtor     Home Werks LLC
           Name

Case number *(if known)*    20-40686-CEC

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

N/A

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

| Debtor | Home Werks LLC | Case number (if known) | 20-40686-CEC |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __ of ___

| Debtor | Home Werks LLC | Case number *(if known)* | 20-40686-CEC |
|---|---|---|---|
| | Name | | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line _____  ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.2. | | Line _____  ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.3. | | Line _____  ☐ Not listed. Explain _____ | |
| 4.4. | | Line _____  ☐ Not listed. Explain _____ | |
| 41. | | Line _____  ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.5. | | Line _____  ☐ Not listed. Explain _____ | |
| 4.6. | | Line _____  ☐ Not listed. Explain _____ | |
| 4.7. | | Line _____  ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.8. | | Line _____  ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.9. | | Line _____  ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.10. | | Line _____  ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.11. | | Line _____  ☐ Not listed. Explain _____ | _ _ _ _ |

Debtor    Home Werks LLC
_____
          Name

Case number (if known)   20-40686-CEC
_____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor     Home Werks LLC
           _____          Case number (if known)___20-40686-CEC
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a. **Total claims from Part 1**                    5a.        $_____.00

5b. **Total claims from Part 2**                    5b.   **+** $_____.00

5c. **Total of Parts 1 and 2**                      5c.        $_____.00
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name ___Home Werks LLC_____

United States Bankruptcy Court for the: __Eastern_____  District of __New York__
                                                                                      (State)
Case number (If known): ___20-40686-CEC_____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease for 115-108 Springfield Blvd, Cambria Hgts, NY 11411 \n Debtor is the leassor | Jean Grammont \n 115-108 Springfield Blvd, Cambria Heights, NY 11411 |
| | State the term remaining | Lease term ends on 09/30/2020 | Brittiane Lyle \n 115-108 Springfield Blvd, Cambria Heights, NY 11411 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Home Werks LLC
          _____          Case number (if known)  20-40686-CEC
          Name

█  Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name ___Home Werks LLC___

United States Bankruptcy Court for the: ___Eastern___ District of ___New York___
(State)

Case number (if known): ___20-40686-CEC___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Paul Lewis | 5401 NW 102nd Ave S<br>Street<br><br>Sunrise   Florida   33351<br>City   State   ZIP Code | MTGLQ Investors,LP | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of ___

Debtor    Home Werks LLC _____    Case number (if known)____20-40686-CEC_____
          Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | Column 2: Creditor |
| --- | --- |

| | Name | Mailing address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.___ | _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ | _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ | _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ | _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ | _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ | _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ | _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ | _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name     Home Werks LLC

United States Bankruptcy Court for the:     Eastern     District of   New York
(State)

Case number (if known):     20-40686-CEC

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From 09/01/2020 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 9,548.00 |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____.00 |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | $_____.00 |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | $_____.00 |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | $_____.00 |

---

Debtor    __Home Werks LLC_____    Case number (if known)___20-40686-CEC_____
           Name

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State       ZIP Code | _____ | | ☐ Other_____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State       ZIP Code | _____ | | ☐ Other_____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City            State       ZIP Code | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City            State       ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor    Home Werks LLC                                            Case number (if known) 20-40686-CEC
          Name

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $ |
| Street | | | |
| City          State      ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $ |
| Street | | | |
| City          State      ZIP Code | | | |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |
| Street | | | |
| City          State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | Name | ☐ Pending |
| | | Street | ☐ On appeal |
| Case number | | | ☐ Concluded |
| | | City          State      ZIP Code | |
| Case title | | Court or agency's name and address | ☐ Pending |
| 7.2. | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State      ZIP Code | |

Debtor    Home Werks LLC                                    Case number (if known)_____20-40686-CEC_____
          Name

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City        State      ZIP Code | | Street |
| | Date of order or assignment | |
| | | City        State      ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value
of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City        State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City        State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

---

Debtor    Home Werks LLC _____    Case number (if known) ___20-40686-CEC___
          Name

---

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor    Home Werks LLC
          _____          Case number (if known) __20-40686-CEC__
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City          State      ZIP Code | | |
| 14.2. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City          State      ZIP Code | | |

Debtor    Home Werks LLC
          _____          Case number (if known)  20-40686-CEC
          Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
Facility name _____          _____          _____

Street _____          Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.          How are records kept?

_____          _____

City          State          ZIP Code          _____          *Check all that apply:*
☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
Facility name _____          _____          _____

Street _____          Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.          How are records kept?

_____

City          State          ZIP Code          _____          *Check all that apply:*
☐ Electronically
☐ Paper

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.  Rental application, Credit report, Banking records.
Does the debtor have a privacy policy about that information?
☒ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?
☐ No. Go to Part 10.
☐ Yes. Fill in below:

Name of plan          Employer identification number of the plan

_____          EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Has the plan been terminated?
☐ No
☐ Yes

---

Debtor    Home Werks LLC_____          Case number (if known) 20-40686-CEC_____
_____Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    Home Werks LLC    Case number (if known)    20-40686-CEC
_____    _____
Name

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    Home Werks LLC    Case number *(if known)* 20-40686-CEC
          _____
          Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**
☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City    State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.2. | Name<br>Street<br>City    State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City    State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

Debtor ___Home Werks LLC_____  Case number (if known)___20-40686-CEC___
           Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____ To _____ |

Name

Street

City                    State            ZIP Code

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ To _____ |

Name

Street

City                    State            ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |

Name

Street

City                    State            ZIP Code

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ To _____ |

Name

Street

City                    State            ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address** — If any books of account and records are unavailable, explain why

26c.1. Ted Wellington
Name
36-06 215 Street
Street

Bayside                 New York         11361
City                    State            ZIP Code

Debtor    Home Werks LLC
_____    Case number (if known)  20-40686-CEC
         Name

---

**Name and address**                                        If any books of account and records are
                                                            unavailable, explain why

26c.2.    Name _____              _____

          Street _____              _____

          _____                _____

          City                State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.1.    Name _____

          Street _____

          _____

          City                State        ZIP Code

**Name and address**

26d.2.    Name _____

          Street _____

          _____

          City                State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.     Name _____

          Street _____

          _____

          City                State      ZIP Code

---

Debtor ___Home Werks LLC_____     Case number (if known)___20-40686-CEC_____
      Name

| | | | |
|---|---|---|---|
| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| N/A | | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2. _____
      Name

_____
Street

_____
City                  State     ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ted Wellington | 36--06 215 St., Bayside, NY 11361 | Member | 100% |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | _____ |
| _____<br>Street | | _____ | |
| _____ | | _____ | |
| _____<br>City  State  ZIP Code | | | |
| Relationship to debtor | | _____ | |

Debtor   Home Werks LLC
         _____          Case number (if known)  20-40686-CEC
         Name

|  | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | | | | |
|  | Name | | | |
|  | Street | | | |
|  | | | | |
|  | City          State          ZIP Code | | | |
|  | Relationship to debtor | | | |
|  | | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02 / 07 / 2020
              MM / DD / YYYY

✗ _____          Printed name   Ted Wellington
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Fill in this information to identify the case and this filing:

Debtor Name __Home Werks LLC__

United States Bankruptcy Court for the: __Eastern__ District of __New York__
(State)

Case number (if known): __20-40686-CEC__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02_/_02_/_2020__          ✗ _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

Printed name    Ted Wellington
_____

Member
_____
Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

**In Re:**    Home Werks LLC

**Case No.**  20-40686-CEC

**Chapter**  11

**Debtor(s)**

-----------------------------------------------------------x

# VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:  02/07/2020

Debtor      Home Werks LLC

_____

Joint Debtor      Paul Lewis

_____

Attorney for Debtor

USBC-44                                                                       Rev 3/17.05

Revised address of Creditor

Joshua Lifshitz
160 Hollywood Xing
Lawrence, NY 11559

MTGLQ Investors, LP
200 West Street, 15th Floor
New York, NY 10282-2198

United States Bankruptcy Court
for the
Eastern District of New York
Case number:    20-40686-CEC

Corporate Disclosure Statement pursuant to E.D.N.Y. LBR 1073-3

Whereas any corporation that is a debtor shall file a statement that identifies any corporation that directly or indirectly owns 10% or more of any class of the debtor's equity interest, or state that there are no entities to report under this subdivision.

In that no corporation directly or indirectly owns 10% or more of any class of the debtor's equity interest, I hereby state that there are no entities to report under this subdivision. It is my knowledge that upon any change in the information required under this rule, that the debtor shall promptly file an amended E.D.N.Y. LBR 1073-3 Statement.

Executed on  02/04/2020

Signature of individual signing for debtor

Ted Wellington,   Managing Member
Printed Name

United States Bankruptcy Court
for the
Eastern District of New York
Case number:    20-40686-CEC

Corporate Resolution Pursuant to Federal Bankruptcy Rule 1074(1)(a)

The undersigned does hereby certify that the following is a true, complete and correct copy of a certain resolution of the members of Home Werks LLC, a limited liability company duly organized and existing under the laws of the State of New York, which resolution was duly adopted at a duly called meeting of said members, held on February 01, 2020 and is set forth in the minutes of said meeting; and said resolution has not been rescinded or modified:

Resolved, that Home Werks LLC organized and existing under the laws of the State of New York, hereby and for all purposes resolve that the limited liability company cause a voluntary bankruptcy petition to be filed on behalf of the LLC; and further resolve that the managing member of the LLC is authorized and directed to take all steps necessary that he may deem necessary and appropriate to file the same.

IN WITNESS WHEREOF, I have subscribed my name to this Certificate on the 4th day February 2020.

_____
Signature of individual signing for debtor

Ted Wellington,   Managing Member
Printed Name

United States Bankruptcy Court
for the
Eastern District of New York
Case number:    20-40686-CEC

Corporate Ownership Statement

Ted Wellington is the sole owner of Home Werks LLC, a limited liability company duly organized and existing under the laws of the State of New York, as such he is therefore the owner of 100% of the debtor's equity interest.

Identifying information attached, see "List of Equity Security Holders and Addresses"

Executed on  02/04/2020

Signature of individual signing for debtor

<u>Ted Wellington,   Managing Member</u>
Printed Name

List of Equity Security Holders and Addresses

Ted Wellington
36-06 215 Street
Bayside, New York 11361
100% Equity Owner